GJP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Ishmael A Burk Jr

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Joan Crowe
Dr Cassidy
Lillian Budd
John Doe
Paul Lagona
John Doe

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**19    5792**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

**FILED**
DEC - 9 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Ishmael Burk
ID # NH0208
Current Institution  SCI Smithfield
Address  1120 Pike Street PO Box 999
huntingdon PA 16652

Rev. 10/2009

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name **Lillian Budd** Shield # **NA**
Where Currently Employed **Bucks count correctional facility**
Address **NA**

Defendant No. 2  Name **Dr Cassidy** Shield # **NA**
Where Currently Employed **Bucks county correctional facility**
Address **NA**

Defendant No. 3  Name **Paul Lagana** Shield # **NA**
Where Currently Employed **Bucks canty Correctional facility**
Address **NA**

Defendant No. 4  Name **Joan Crowe** Shield # **NA**
Where Currently Employed **Bucks county correctional facility**
Address

Defendant No. 5  Name **John Doe** Shield # **NA**
Where Currently Employed **Bucks county correctional facility**
Address **NA**

II. **Statement of Claim:** ~~see~~ **See Attachment**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur? **Bucks county correctional facility**

B.  Where in the institution did the events giving rise to your claim(s) occur? **RHU-MHU**

C.  What date and approximate time did the events giving rise to your claim(s) occur? **January 2018 Febuary 2018 March 2018**

Rev. 10/2009                            - 2 -

| What happened to you? | D. Facts: see attachment |

See attachment

| Who did what? | |

see attachment

| Was anyone else involved? | |

see Attachment

| Who else saw what happened? | |

see Attachment

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My right Arm Rotater cuff And my foot still is no recoverd with my big toe

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). The events arose in Bucks County correctional Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I filed it in MHU

1. Which claim(s) in this complaint did you grieve? I wrote to them about my medication and what was happening in MHU
2. What was the result, if any? None
3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I Appealed to the highest level spoke to Ms Budd on several occasions about my medication

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am seeking $80,000 for Pain & suffering for my injuries

_____
_____
_____

Rev. 10/2009                                    - 5 -

_____

(blank lines for writing)

**VI.     Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?   Yes _____ No _____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court?

Yes ✓ No ___

<div style="margin-left: -2em;">On other claims</div>

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff __Ishmael Bork__

   Defendants __Buks County Correctional Facility__

2. Court (if federal court, name the district; if state court, name the county) __Eastern District__

3. Docket or Index number __18-4702__

4. Name of Judge assigned to your case __MS Hey__

5. Approximate date of filing lawsuit __11-2018__

6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Still Pending__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4__ day of __December__, 20__19__.

Signature of Plaintiff __I Bork__

Inmate Number __NH0208__

Institution Address __SCI Smithfield__
__1120 Pike Street__
__PO Box 999__
__Huntingdon PA 16652__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __4__ day of __December__, 20__19__, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Defendnt No 6 - John Doe
Bucks county correctional facility
NA

D) What happen - I was in MHU from Jan 2018 - March 2018, I was moved their after i was sentenced. Dr Cassidy switched my medication i was taking lexi pro & she swithed it to Zyprex. While i was taking Zyprex I threw up all the time and it made my depression intoroable I wrote to Dr cassidy, Ms Budd, Ms crowE and Mr layana telling all what was happening and then i put a a grievance in and nothing happens. and that happen In January of 2018 by the end of the month i wrote to Dr cassidy telling her that my medication was switched and that i would not be taking it anymore Because my depression was worse and i needed to be put back on lexi pro. So When i refused to take the medication 2 guards (John Doe) would put me in a restrenght and force me to take my medication & if i continue to not accept my meds the 2 guards (John Doe) would turn my water off In my cell the water in my cell was turned off for 20 days, and if i refused my meds again they would not feed me (The 2 guards)(John Doe) would skip my door when chow came ~~good~~ around that was breakfast, lunch & dinner. When this happen i wrok to the following indivaduals (Joan crowe, Dr cassidy, Ms Budd & Mr layana) But i never heard back from etho of the individa's. I wrote to Dr cassidy several times

about my medication. I also wrote to Ms Crowe Asking her if i can be seen because i fell off of my bed & i told her (wrote to her) that after i took my meds medication i fell off of my bed and that my right arm was hurting But i was refused medical boy them and my arm currtly still horts when i wake up in the mornings i have major discomfort when i move it. I was put in MHU/RHU with no hearing at all and no type of explantion Mr Lagana, & Ms Budd would make rounds to RHU/MHU and i would have direct contact with them & Ask them why i was not on a regular block But they would never Answer me or tell me why. I was in cell 4 in MHU and my cell smelled like Pee and i was forced to stay in the cell for 3 months without it being cleaned boy any of the guards and i caught an infection on my leg and was bleeding with scabs marks, when the guards would come & get me to speak to my attorney i would Ask them if i can go to medical they would deny my request. January 2018, Febuary 2018 & march 2018 i was denied phone calls to my family when i was in MHU Through green slips to CMs Budd & Paul Lagana and i havent recived a answer back from either party

Ishmael B___