Ishmael A Burk
NH0208
Sci Smithfield
PO Box 999
1120 Pike Street
Huntingdon PA 16652

October 20, 2020

No: 19-cv-5792

Clerk of Courts

I would like to re open case No 19-cv-5792. I made the decision to persued but I now can take action before the sown does knew the sown does

Sincerly
Ishmael Burk

~~Smart Communications/PADOC~~
~~SCI~~
~~Name~~
~~Number~~
~~PO Box 33028~~
~~St Petersburg FL 33733~~

Ishmael Burk
NH0208
SCI Smithfield
1120 Pike Street PO Box 999
huntingdon PA 16652

Clerk of courts
United States district court
for the eastern District of Pennsylvania
601 Market street Room 2609
Philadelphia PA 19106

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
ZIP 16652 $ 000.50⁰
02 4W
0000372206 OCT. 20. 2020

U.S.M.S.
X-RAY

Legal Mail