# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISHMAEL A. BURK, JR.,<br><br>      *Plaintiff,*<br><br>v.<br><br>DR. CASSIDY, *et al.*,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 19-05792 |

## **ORDER**

**AND NOW**, this 29th day of October 2020, in response to Plaintiff Ishmael Burk's October 20 Letter to reopen his case (ECF No. 24), the Court cannot consider Burk's request or take any other action in this action. See the Court's June 18 Order (ECF No. 23).

BY THE COURT:

 **/s/ Gerald J. Pappert**
GERALD J. PAPPERT, J.